UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| JOSEPH RUIZ and | § | Case Number: 13-80245 |
| RENEE RUIZ | § | |
| Debtors. | § | JUDGE THOMAS M. LYNCH |

### CERTIFICATE OF SERVICE

The undersigned certifies that on December 17, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

| | | |
|---|---|---|
| A/R Concepts, Inc.<br>18-3 East Dundee Road, Suite #330<br>Barrington, IL 60010 | AT&T<br>901 Marquette Avenue<br>Minneapolis, MN 55402-3233 | Adv. Phys Med of Yorkville<br>207 Hillcrest Avenue, Suite #A<br>Yorkville, IL 60560 |
| Alexian Brothers Medical Group<br>3040 Salt Creek Lane<br>Arlington Heights, IL 60005-1069 | Alliance One, Inc.<br>6565 Kimball Drive<br>Gig Harbor, WA 98335-1200 | American Family Insurance Group<br>6000 American Pkwy.<br>Madison, WI 53783-0001 |
| Asset Acceptance, LLC<br>PO Box 2036<br>Warren, MI 48090-2036 | Associated Bank<br>200 N. Adams Street<br>PO Box 19006<br>Green Bay, WI 54307-9006 | Barclays Bank Delaware<br>Card Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337 |
| Baron Coll<br>155 Reverse Drive, Suite 9<br>Northbrook, IL 60062-1558 | Blatt, Hasemiller, Leibsker & Moore<br>10 South LaSalle St., #2200<br>Chicago, IL 60603-1069 | CT, Inc., Services<br>15600 35th Avenue N #201<br>PO Box 47095<br>Minneapolis, MN 55447-0095 |
| Capital One Bank (USA), N.A.<br>P. O. Box 6492<br>Carol Stream, IL 60197-6492 | Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Centegra Health System<br>P. O. Box 1447<br>Woodstock, IL 60098-1447 |
| Center for Diagnostic Imaging<br>PO Box 1450 NW5710<br>Minneapolis, MN 55485-5710 | Chase Receivables<br>1247 Broadway<br>Sonoma, CA 95476-7503 | ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111 |
| Conlon and Thompson Orthodontics<br>4104 W. Crystal Lake Road<br>McHenry, IL 60050-4204 | Credit Coll<br>PO Box 9134<br>Needham Heights, MA 02494-9134 | Credit Collection Services<br>Two Wells Avenue<br>Newton Center, MA 02459-3246 |
| Creditors Discount<br>415 E. Main Street<br>Streator, IL 61364-2927 | DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN, TX 78708-1577 | Dr. Katsis<br>130 N. Bloomindale Road<br>Bloomingdale, IL 60108-1035 |
| FMS, Inc.<br>PO Box 707600<br>Tulsa, OK 74170-7600 | Financial Recovery Services<br>PO Box 385908<br>Minneapolis, MN 55438-5908 | Freedman, Anselmo, Lindberg LLC<br>1807 W. Diehl Road, Suite 333<br>PO Box 3228<br>Naperville, IL 60566-3228 |
| Geico<br>One GEICO Center<br>Macon, GA 31201-0001 | H&R Accounts, Inc.<br>7017 John Deere Parkway<br>PO Box 672<br>Moline, IL 61266-0672 | I.C. System, Inc.<br>444 Highway 96 East<br>P.O. Box 64437<br>Saint Paul, MN 55164-0437 |

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO, IL 60664-0338

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LTD Financial Services
7322 Southwest Freeway, Suite 1600
Houston, TX 77074-2134

LVNV Funding LLC
PO Box 10584
Greenville, SC 29603-0584

MRS
1930 Olney Avenue
Cherry Hill, NJ 08003-2016

Malcolm S. Gerald & Associates, Inc
332 S. Michigan Avenue, Suite 600
Chicago, IL 60604-4318

McHenry Radiologists Imaging
P. O. Box 220
McHenry, IL 60051-0220

Medical Business Bureau
1460 Renaissance Drive
Park Ridge, IL 60068-1349

NCO Financial Systems
PO Box 15636
Wilmington, DE 19850-5636

NCO Financial Systems
PO Box 15740
Wilmington, DE 19850-5740

Northwest Collectors
3601 Algonquin Road, Suite 23
Rolling Meadows, IL 60008-3143

Novotny Sales, Inc.
5615 N. Johnsburg Road
Johnsburg, IL 60051-8405

PRA Behavioral LLC
1701 E. Woodfield Road
Suite 1000
Schaumburg, IL 60173-5113

RDK Collection Services, Inc.
318 John R Rd
PMB 321
Troy, MI 48083-4542

Randallwood Radiology, SC
1121 Lake Cook Road, Suite M
Deerfield, IL 60015-5234

Roman J. Dykun, MD
Affiliated Ent. Physicians
2441 Lake Shore Drive
Woodstock, IL 60098-6911

Sam's Club/GECRB
PO Box 965005
Orlando, FL 32896-5005

Scott & Goldman
8081 Stanton Avenue
Buena Park, CA 90620-3248

State Collection Service, Inc.
PO Box 6250
Madison, WI 53716-0250

Tri-State Family Practice
1500 Delhi Street, Suite 4100
Dubuque, IA 52001-6362

Underwood Law Firm, LLC
515 Olive Street, Suite 800
Saint Louis, MO 63101-1835

WFNNB-Dress Barn
PO Box 659704
San Antonio, TX 78265-9704

Walmart/GEMB
P. O. Box 530927
Atlanta, GA 30353-0927

Web Bank/DFS
One Dell Way
Round Rock, TX 78682-7000

WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE
ATTN BANKRUPTCY DEPT MAC
3476 STATEVIEW BLVD
FORT MILL, SC 29715-7203

Wells Fargo Bank, N.A.
C/O Attorney Andrew Nelson
1 N. Dearborn Ste 1300
Chicago, IL 60602

Wells Fargo Card Services
PO Box 9210
Des Moines, IA 50306-9210

Weltman, Weinberg & Reis Co LPA
P. O. Box 93596
Cleveland, OH 44101-5596

Adam J Diamond
Diamond & LeSueur P.C.
3431 W. Elm St.
McHenry, IL 60050-4466

Joseph F Ruiz
1706 Redwood Lane
McHenry, IL 60051-2607

Renee M Ruiz
1706 Redwood Lane
McHenry, IL 60051-2607

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-808

Americollect, Inc.
PO Box 1566
Manitowoc, WI 54221-1566

Attorney Brian T Monico
Burke, Wise Morrisey & Kaveny
161 North Clark Street Suite 3250
Chicago, IL 60601