# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: RUIZ, JOSEPH F  § Case No. 13-80245
      RUIZ, RENEE M  §
        §
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $237,717.68            Assets Exempt: $65,194.45
*(without deducting any secured claims)*

Total Distribution to Claimants: $38,167.57      Claims Discharged
                                                          Without Payment: $0.00

Total Expenses of Administration: $176,382.19

---

3) Total gross receipts of $ 435,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 220,450.24 (see **Exhibit 2**), yielded net receipts of $214,549.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $6,433.93 | $6,433.93 | $6,433.93 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 176,382.19 | 176,382.19 | 176,382.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 11,834.81 | 11,834.81 | 11,834.81 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 19,898.83 | 19,898.83 | 19,898.83 |
| **TOTAL DISBURSEMENTS** | $0.00 | $214,549.76 | $214,549.76 | $214,549.76 |

4) This case was originally filed under Chapter 7 on January 25, 2013. The case was pending for 61 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/26/2018        By: /s/JOSEPH D. OLSEN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Uninsured motorist claim | 1242-000 | 435,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$435,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Joseph Ruiz and The Law Firm of | Dividend paid 100.00% on $220,450.24; Claim# SURPLUS; Filed: $220,450.24; Reference: | 8200-002 | 220,450.24 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$220,450.24** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Internal Revenue Service | 4110-000 | N/A | 6,433.93 | 6,433.93 | 6,433.93 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$6,433.93** | **$6,433.93** | **$6,433.93** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 13,977.49 | 13,977.49 | 13,977.49 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 279.41 | 279.41 | 279.41 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 1,485.00 | 1,485.00 | 1,485.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Other - Burke, Wise, Morrissey & Kaveny LLC | 3210-000 | N/A | 145,000.00 | 145,000.00 | 145,000.00 |
| Other - Burke, Wise, Morrissey & Kaveny LLC | 3220-000 | N/A | 15,223.17 | 15,223.17 | 15,223.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 417.12 | 417.12 | 417.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $176,382.19 | $176,382.19 | $176,382.19 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | N/A | 7,612.81 | 7,612.81 | 7,612.81 |
| 2P | Illinois Dept of Revenue | 5800-000 | N/A | 4,222.00 | 4,222.00 | 4,222.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $11,834.81 | $11,834.81 | $11,834.81 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 522.09 | 522.09 | 522.09 |
| 2U | Illinois Dept of Revenue | 7100-000 | N/A | 515.10 | 515.10 | 515.10 |
| 3 | Asset Acceptance, LLC | 7100-000 | N/A | 414.57 | 414.57 | 414.57 |
| 3I | Asset Acceptance, LLC | 7990-000 | N/A | 3.02 | 3.02 | 3.02 |
| 4 | Asset Acceptance, LLC | 7100-000 | N/A | 1,684.25 | 1,684.25 | 1,684.25 |
| 4I | Asset Acceptance, LLC | 7990-000 | N/A | 12.29 | 12.29 | 12.29 |
| 5 | Asset Acceptance, LLC | 7100-000 | N/A | 11,532.69 | 11,532.69 | 11,532.69 |
| 5I | Asset Acceptance, LLC | 7990-000 | N/A | 84.13 | 84.13 | 84.13 |
| 6 | Ashley Funding Services, LLC its successors | 7100-000 | N/A | 176.00 | 176.00 | 176.00 |
| 6I | Ashley Funding Services, LLC its successors | 7990-000 | N/A | 1.28 | 1.28 | 1.28 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | LVNV Funding, LLC its successors | 7100-000 | N/A | 1,649.48 | 1,649.48 | 1,649.48 |
| 7I | LVNV Funding, LLC its successors | 7990-000 | N/A | 12.03 | 12.03 | 12.03 |
| 8 | LVNV Funding, LLC its successors | 7100-000 | N/A | 3,128.25 | 3,128.25 | 3,128.25 |
| 8I | LVNV Funding, LLC its successors | 7990-000 | N/A | 22.82 | 22.82 | 22.82 |
| 1PI | Internal Revenue Service | 7990-000 | N/A | 55.53 | 55.53 | 55.53 |
| 1SI | Internal Revenue Service | 7990-000 | N/A | 46.93 | 46.93 | 46.93 |
| 1UI | Internal Revenue Service | 7990-000 | N/A | 3.81 | 3.81 | 3.81 |
| 2PI | Illinois Dept of Revenue | 7990-000 | N/A | 30.80 | 30.80 | 30.80 |
| 2UI | Illinois Dept of Revenue | 7990-000 | N/A | 3.76 | 3.76 | 3.76 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $19,898.83 | $19,898.83 | $19,898.83 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-80245  
**Case Name:** RUIZ, JOSEPH F  
                RUIZ, RENEE M  
**Period Ending:** 02/26/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/25/13 (f)  
**§341(a) Meeting Date:** 02/28/13  
**Claims Bar Date:** 05/13/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1706 Redwood Lane, McHenry, IL 60050, (Value per | 201,392.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 3 | US Bank Checking Account | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. Househood Goods and Furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Michael A. Lovda, D.D.S., LTD., Profit Sharing P | 22,121.68 | 0.00 | | 0.00 | FA |
| 7 | 2008 Honda Shadow Motorcycle | 3,200.00 | 0.00 | | 0.00 | FA |
| 8 | 2005 Nissan Altima Automobile | 2,400.00 | 0.00 | | 0.00 | FA |
| 9 | 2007 Nissan Frontier King Cab | 6,684.00 | 0.00 | | 0.00 | FA |
| 10 | Uninsured motorist claim (u) | 0.00 | 100,000.00 | | 435,000.00 | FA |
| 10 | **Assets** Totals (Excluding unknown values) | **$237,717.68** | **$100,000.00** | | **$435,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

This is a uninsured motorist case. We have outside counsel's letters attached. It should be resolved within the next three months (hopefully) and we'll see what happens. The policy limits are quite high and there is an expectation that the award will be in excess of $250,000.00. We shall see.

The final report has been filed as of December 14, 2017 the court hearing on the application for compensation for the Trustee and the Trustee's attorneys is not set until January 8, 2018. As soon as the court approves same the dividends will be distributed and the TDR will be filed as soon as possible.

**Initial Projected Date Of Final Report (TFR):** December 31, 2017      **Current Projected Date Of Final Report (TFR):** December 14, 2017 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-80245  
**Case Name:** RUIZ, JOSEPH F  
RUIZ, RENEE M  
**Taxpayer ID #:** **-***3649  
**Period Ending:** 02/26/18

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9366 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/09/17 | {10} | American Family Insurance Group | per order to compromise 10-23-17 | 1242-000 | 435,000.00 | | 435,000.00 |
| 11/14/17 | 101 | Burke, Wise, Morrissey & Kaveny LLC | per court order 2017-10-20 | 3210-000 | | 145,000.00 | 290,000.00 |
| 11/14/17 | 102 | Burke, Wise, Morrissey & Kaveny LLC | per court order 2017-10-20 | 3220-000 | | 15,223.17 | 274,776.83 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 417.12 | 274,359.71 |
| 01/08/18 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $279.41, Trustee Expenses;  Reference: | 2200-000 | | 279.41 | 274,080.30 |
| 01/08/18 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $13,977.49, Trustee Compensation;  Reference: | 2100-000 | | 13,977.49 | 260,102.81 |
| 01/08/18 | 105 | Attorney Joseph D Olsen | Dividend paid 100.00% on $1,485.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,485.00 | 258,617.81 |
| 01/08/18 | 106 | Joseph Ruiz and The Law Firm of | Dividend paid 100.00% on $220,450.24;  Claim# SURPLUS; Filed: $220,450.24;  Reference: | 8200-002 | | 220,450.24 | 38,167.57 |
| 01/08/18 | 107 | Ashley Funding Services, LLC its successors | Combined Check for Claims#6,6I | | | 177.28 | 37,990.29 |
| | | | Dividend paid 100.00%    176.00 on $176.00;  Claim# 6;  Filed: $176.00 | 7100-000 | | | 37,990.29 |
| | | | Dividend paid 100.00%    1.28 on $1.28;  Claim# 6I;  Filed: $1.28 | 7990-000 | | | 37,990.29 |
| 01/08/18 | 108 | Asset Acceptance, LLC | Combined Check for Claims#3,4,5,3I,4I,5I | | | 13,730.95 | 24,259.34 |
| | | | Dividend paid 100.00%    414.57 on $414.57;  Claim# 3;  Filed: $414.57 | 7100-000 | | | 24,259.34 |
| | | | Dividend paid 100.00%    1,684.25 on $1,684.25;  Claim# 4;  Filed: $1,684.25 | 7100-000 | | | 24,259.34 |
| | | | Dividend paid 100.00%    11,532.69 on $11,532.69;  Claim# 5; Filed: $11,532.69 | 7100-000 | | | 24,259.34 |
| | | | Dividend paid 100.00%    3.02 on $3.02;  Claim# 3I;  Filed: $3.02 | 7990-000 | | | 24,259.34 |
| | | | Dividend paid 100.00%    12.29 on $12.29;  Claim# 4I;  Filed: $12.29 | 7990-000 | | | 24,259.34 |

Subtotals :          $435,000.00          $410,740.66

{} Asset reference(s)

Printed: 02/26/2018 02:19 PM     V.13.32

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-80245  
**Case Name:** RUIZ, JOSEPH F  
                RUIZ, RENEE M  
**Taxpayer ID #:** **-***3649  
**Period Ending:** 02/26/18

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9366 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% on $84.13;  Claim# 5I;  Filed: $84.13 | 84.13 | 7990-000 | | | 24,259.34 |
| 01/08/18 | 109 | Illinois Dept of Revenue | Combined Check for Claims#2U,2P,2PI,2UI | | | 4,771.66 | 19,487.68 |
| | | | Dividend paid 100.00% on $515.10;  Claim# 2U;  Filed: $515.10 | 515.10 | 7100-000 | | | 19,487.68 |
| | | | Dividend paid 100.00% on $4,222.00;  Claim# 2P; Filed: $4,222.00 | 4,222.00 | 5800-000 | | | 19,487.68 |
| | | | Dividend paid 100.00% on $30.80;  Claim# 2PI;  Filed: $30.80 | 30.80 | 7990-000 | | | 19,487.68 |
| | | | Dividend paid 100.00% on $3.76;  Claim# 2UI;  Filed: $3.76 | 3.76 | 7990-000 | | | 19,487.68 |
| 01/08/18 | 110 | Internal Revenue Service | Combined Check for Claims#1U,1P,1S,1PI,1SI,1UI | | | 14,675.10 | 4,812.58 |
| | | | Dividend paid 100.00% on $522.09;  Claim# 1U;  Filed: $522.09 | 522.09 | 7100-000 | | | 4,812.58 |
| | | | Dividend paid 100.00% on $7,612.81;  Claim# 1P; Filed: $7,612.81 | 7,612.81 | 5800-000 | | | 4,812.58 |
| | | | Dividend paid 100.00% on $6,433.93;  Claim# 1S; Filed: $6,433.93 | 6,433.93 | 4110-000 | | | 4,812.58 |
| | | | Dividend paid 100.00% on $55.53;  Claim# 1PI;  Filed: $55.53 | 55.53 | 7990-000 | | | 4,812.58 |
| | | | Dividend paid 100.00% on $46.93;  Claim# 1SI;  Filed: $46.93 | 46.93 | 7990-000 | | | 4,812.58 |
| | | | Dividend paid 100.00% on $3.81;  Claim# 1UI;  Filed: $3.81 | 3.81 | 7990-000 | | | 4,812.58 |
| 01/08/18 | 111 | LVNV Funding, LLC its successors | Combined Check for Claims#7,8,7I,8I | | | 4,812.58 | 0.00 |
| | | | Dividend paid 100.00% on $1,649.48;  Claim# 7; | 1,649.48 | 7100-000 | | | 0.00 |

Subtotals :  $0.00   $24,259.34

{} Asset reference(s)

Printed: 02/26/2018 02:19 PM    V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 13-80245 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** RUIZ, JOSEPH F | **Bank Name:** Rabobank, N.A. |
| RUIZ, RENEE M | **Account:** ******9366 - Checking Account |
| **Taxpayer ID #:** **-***3649 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 02/26/18 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $1,649.48 | | | | |
| | | | Dividend paid 100.00% on $3,128.25; Claim# 8; Filed: $3,128.25 | 7100-000 | | 3,128.25 | 0.00 |
| | | | Dividend paid 100.00% on $12.03; Claim# 7I; Filed: $12.03 | 7990-000 | | 12.03 | 0.00 |
| | | | Dividend paid 100.00% on $22.82; Claim# 8I; Filed: $22.82 | 7990-000 | | 22.82 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 435,000.00 | 435,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 435,000.00 | 435,000.00 | |
| | | | Less: Payments to Debtors | | | 220,450.24 | |
| | | | **NET Receipts / Disbursements** | | **$435,000.00** | **$214,549.76** | |

| | |
|---|---|
| Net Receipts : | 435,000.00 |
| Less Payments to Debtor : | 220,450.24 |
| Net Estate : | $214,549.76 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9366** | 435,000.00 | 214,549.76 | 0.00 |
| | **$435,000.00** | **$214,549.76** | **$0.00** |

{} Asset reference(s)    Printed: 02/26/2018 02:19 PM    V.13.32